# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GERALD R. WILLIAMS

       Petitioner, : Case No. 1:14-cv-572

-vs-

               District Judge Susan J. Dlott
WARDEN, PICKAWAY CORRECTIONAL Magistrate Judge Michael R. Merz
INSTITUTION,

       Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

August 25, 2015.

                 S/Susan J. Dlott
                 Susan J. Dlott
                United States District Judge